**RELATED DDJ**

**FULL NAME:** Dylan Blasczak

**COMMITTED NAME (if different):**

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** 9500 Etiwanda Ave.; Rancho Cucamonga, CA. 91739
West Valley Detention Center

**PRISON NUMBER (if applicable):** 2205370332

FILED
CLERK, U.S. DISTRICT COURT
MAR 27 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: rsm DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Dylan Blasczak
PLAINTIFF,

v.

Kathleen Fultz, Jason Anderson, Judge Harris
DEFENDANT(S).

**CASE NUMBER:** 5:25-CV-00822-KK-SHK
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT PURSUANT TO** (Check one)
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

**A. PREVIOUS LAWSUITS**

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes ☐ No

2. If your answer to "1." is yes, how many? 4

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

1.) Docket #5:24cv2645 - Non-GMO Medical Dietary Requirements, and Scientology Religious Rights, regarding refusal of Medications.

2.) Docket #5:24cv2595 - LGBT+ Discrimination, regarding Mandatory Rec Yards, and Unconstitutional Searches of Inmate Bunks and Property.

3.) Docket #5:24cv2219 - Scientology Religious Rights for access to Smoking Cannabis in Jails + Prisons. Illegally Dismissed, due to Documented Illegal Mail Tampering, but recently re-filed on. Awaiting a New Docket #.

4.) IIED (Intentional Infliction of Emotional Distress) Claims, as well as Documented Police Brutality, and threats to my bodily safety. Docket #5:24cv00462.

a. Parties to this previous lawsuit:
   Plaintiff Dylan Blasczak

   Defendants 5:24cv2645- Dr. Mitchell, Deputy Fritz, Sgt. Camacho, 5:24cv2595-Ms. Lopez C.S, Deputy Santos, Deputy Whitley, 5:24cv2219-Dr. Mitchell, Katie (WVDC Nurse), Sgt. Delgado
b. Court United States District Court, Central District of California

c. Docket or case number 5:24cv2645; 5:24cv2595; 5:24cv2219
d. Name of judge to whom case was assigned Shashi H. Kewalramani
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) Pending
f. Issues raised: 5:24cv2645- Non-GMO Dietary\Medical Requirements & Scientology Religious Rights, 5:24cv2595-LGBT+ Discrimination, Unconstitutional Searches, 5:24cv2219- RLUIPA- Scientology Religious Rights for access to Cannabis.
g. Approximate date of filing lawsuit: 10-9-2024 (5:24cv2645); 11-19-2024 (5:24cv2595); 2-17-2025 (re-filing of 5:24cv2219)
h. Approximate date of disposition 5:24cv2645- Minute Order Proceedings- 2-19-2025
   5:24cv2595- Pre-Trial Proceedings- 2-18-2025

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☒ Yes ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff Dylan Blasczak
(print plaintiff's name)
who presently resides at West Valley Detention Center
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
Victorville Superior Court
(institution/city where violation occurred)

CIVIL RIGHTS COMPLAINT

CV-66 (7/97)  Page 2 of 6

on (date or dates) __3-21-2025__, _____, _____.
                              (Claim I)           (Claim II)         (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Kathleen Fultz__ resides or works at
   (full name of first defendant)
   __14455 Civic Drive, Suite 300; Victorville, CA, 92392__
   (full address of first defendant)
   __Deputy District Attorney__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   Kathleen put in a response to my §995 Motion, on Feb. 3, 2025. This Motion was received by VVSUP Court on 11-14-2024. There is a 15-Day Statuatory Timeframe to respond. The Motion was Illegally Dismissed.

2. Defendant __Jason Anderson__ resides or works at
   (full name of first defendant)
   __14455 Civic Drive, Suite 300; Victorville, CA, 92392__
   (full address of first defendant)
   __District Attorney__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   Jason Anderson allowed for a 3-Month late response to a §995 Motion, that should have been granted on 2-14-2025. The Motion was Illegally Dismissed on 3-21-2025.

3. Defendant __Judge Harris__ resides or works at
   (full name of first defendant)
   __14455 Civic Drive, Victorville, CA, 92392__
   (full address of first defendant)
   __Judge - VVSUP Court - Department V-4__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   Judge Harris Illegally Denied the granting of a Motion, which the DA's Office gave a late response to, nearly 3 months beyond the 15-Day Statuatory Time-Frame, of in which no response is given, the Motion must be granted automatically.

## D. CLAIMS*

### CLAIM I

The following civil right has been violated:

A §995 Motion, regarding an unlawful shackling during the Preliminary Hearing of Legal Case ID FVI22001242, as well as Documented, Illegal Mail Tampering, regarding my Legal Case, was Illegally Dismissed, during my Court Hearing on 3-21-2025. The Court's own Documents, as well as The Commission of Judicial Performance, acknowledge and prove the alleged, Illegal Mail Tampering. According to established California and U.S Law, and The CA State Bar Handbook, there is a 15-Day Statuatory Time-Frame to respond to Pre-Trial Motions, or they must be granted, automatically. The Court's own Documents state that the aforementioned Motion was received by The Courts on 11-14-2024. The DA's (My Prosecution)'s response to the Motion, in question, states that the response was made on 2-5-2025. The Motion should have been granted on my hearing of the day of 2-14-2025. Instead, The Motion was Illegally Dismissed on the day of 3-21-2025, my most recent Court Hearing. The response also mentioned nothing of the Documented, Illegal Mail Tampering, regarding my Legal Case.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Defendant, Kathleen Fultz, put in a late response to a §995 Motion, regarding the unlawful shackling at my Preliminary Hearing, on Legal Case ID FVI22001242. As well as Documented Illegal Mail Tampering. The Court's received the Motion on 11-14-2024. According to established California and U.S Law, there is a 15-Day Statuatory Time-Frame to respond to Pre-Trial Motions, or they must be granted automatically. The response from the District Attorney's office, certified, by Defendant, Jason Anderson, was made on 2-5-2025. Not only should the aforementioned Motion have been granted on my hearing, the day of 2-14-2025, but the aforementioned response mentioned nothing of the Documented, Illegal Mail Tampering. The Motion was Illegally Dismissed, the day of 3-21-2025, at my most recent Court Hearing. I have been incarcerated at WVDC since 5-27-2022. The initial charge I was locked up on was dismissed, for lack of evidence. The Illegal Dismissal of my §995 Motion, is evidence of an Illegal, Conspiratorial Effort of Wrongful Incarceration.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Injunctive Relief, in the form of $20 million USD

Injunctive Relief, in the form of The Defendant's being fired from their current employment.

3-21-2025
(Date)

Dylan Blaszak
(Signature of Plaintiff)

## San Bernardino County Sheriff's Department
## Grievance

| | | | | | |
|---|---|---|---|---|---|
| **Grievance ID:** | G342501-0097995 | **Booking #:** | 2205370332 | **Date:** | 01/27/2025 00:59 |
| **Name:** | BLASCZAK, DYLAN | | | **Location:** | 34 / 14F |
| **Category:** | SUPPORT / Mail | | | **Incident Date:** | 01/27/2025 00:55 |
| **Location:** | 14F | | | | |

**Grievance:** I SENT IN FOR AN NLG _NATIONAL LAWYER"S GUILD_ REGISTRATION, IN EARLY OCTOBER OF 2024. NEARLY ALL OTHER ORGANIZATIONS I MAILED AT THIS TIME HAVE RESPONDED TO ME. THERE HAS BEEN ONGOING, DOCUMENTED, AND PROVABLE INCIDENTS OF ILLEGAL MAIL TAMPERING OCCURRING AT WVDC. THE AFOREMENTIONED DOCUMENT IS IMPORTANT LEGAL PAPERWORK. I HAVE REASON TO BELIEVE THAT IT IS BEING WITHHELD FROM ME, TO PREVENT ME FROM PRACTICING CA LAW, WITHOUT THE ASSISTANCE OF THE STATE BAR. THIS GRIEVANCE IS AN OFFICIAL RECORD

| | | | |
|---|---|---|---|
| **Investigated Date:** | 02/18/2025 | **Completed Date:** | 02/18/2025 10:39 |
| **Duplicate:** | NO | **Duplicate ID:** | |

**Disposition:** EXONERATED

**Findings:** ALL MAIL IN/OUTGOING MAIL IS PROCESSED IN A TIMELY MATTER. ONCE OUTGOING MAIL IS HANDED TO THE US POSTAL SERVICE IT BECOMES THEIR PROPERTY. MAILROOM IN NOT TAMPERING OR WITHOLDING MAIL FROM INMATE. INMATE SHOULD SUBMIT A GENERAL REQUEST PRIOR TO FILING A GRIEVANCE SO STAFF CAN ADDRESS INMATES CONCERNS.

**Actions:** ADMIN REVIEW. MAILROOM CONTACTED. GENERAL REQUEST REVIEW. INMATE SHOULD CONTACT THE US POSTAL SERVICE FOR MISSING MAIL.

| | | | | | |
|---|---|---|---|---|---|
| **Accepted:** | NO | **Date:** | 02/21/2025 15:50 | **Allow Appeal:** | Y |

**Reason:** IF I AM SUPPOSED TO CONTACT THE US POSTAL SERVICE FOUR MISSING MAIL, AND THAT IS YOUR ENTIRE EXCUSE FOR THE RESPONSE TO THIS GRIEVANCE, THAT YOU TOOK OVER A MONTH TO ANSWER, THEN PLEASE PROVIDE ME THE CORRECT MAiLING ADDRESS FOUR USPS, SO THAT I MAY ADDRESS THIS ISSUE WITH THE PROPER AUTHORITIES. WITHHOLDING MY LICENSE FOR PRACTICING LAW OUTSIDE OF JAIL IS A FEDERAL OFFENSE, AND WILL BE PROSECUTED TO THE FULLEST EXTENT OF THE LAW.

INMATE COPY

| | | | |
|---|---|---|---|
| **Investigated Date:** | 02/25/2025 | **Completed Date:** | 02/25/2025 10:04 |
| **Duplicate:** | NO | **Duplicate ID:** | |

**Disposition:** REJECT

**Findings:** THIS APPEAL DOES NOT PROVIDE ANY ADDITIONAL INFORMATION FOR INVESTIGATION. PLEASE REFER TO THE ORIGINAL RESPONSE FROM STAFF MEMBERS.

**Actions:** GRIEVANCE REVIEW.

**Accepted:** YES    **Date:** 02/25/2025 13:09    **Allow Appeal:** Y

**Reason:**

INMATE COPY

## San Bernardino County Sheriff's Department
## Grievance

| | | | | | |
|---|---|---|---|---|---|
| **Grievance ID:** | G342502-0099094 | **Booking #:** | 2205370332 | **Date:** | 02/22/2025 18:54 |
| **Name:** | BLASCZAK, DYLAN | | | **Location:** | 34 / 14F |
| **Category:** | SUPPORT / Mail | | | **Incident Date:** | 02/22/2025 18:50 |
| **Location:** | 14F | | | | |

**Grievance:** I JUST RECEIVED A BOOK FROM PHILADELPHIA CHURCH OF GOD, CONTAINING A SHIPPING MANIFEST, SAYING THAT THE BOOK WAS SENT TO ME ON 1-20-2025, AND RECEIVED BY WVDC ON 2-5-2025. THIS BOOK IS DOCUMENTED AS HAVING BEEN WITHHELD FROM ME ILLEGALLY FOR AT LEAST 2 WEEKS. YOUR REPEATED STATEMENTS OF "NO MAIL IS BEING TAMPERED WITH OR THROWN AWAY" WON"T HOLD UP IN A COURT OF LAW. OFFICIAL RECORD OF ILLEGAL ACTIVITY AT WVDC.

---

| | | | |
|---|---|---|---|
| **Investigated Date:** | 02/24/2025 | **Completed Date:** | 02/24/2025 07:48 |
| **Duplicate:** | NO | **Duplicate ID:** | |

**Disposition:** EXONERATED

**Findings:** FREE RELIGIOUS BOOKS ARE PROCESSED IN A TIMELY MATTER. ONCE US POSTAL SERVICE DELIVERS TO FACILITY FREE RELIGIOUS BOOKS ARE PROCESSED. NO BOOKS ARE BEING WITHHELD FROM INMATE. MAILROOM HAS NO CONTROL AS TO WHEN OR HOW MUCH THE US POSTAL SERVICE DELIVERS MEDIA TO FACILITY. INMATE SHOULD SUBMIT A GENERAL REQUEST PRIOR TO FILING A GRIEVANCE SO STAFF CAN ADDRESS INMATES CONCERNS.

**Actions:** ADMIN REVIEW. MAILROOM CONTACTED. GENERAL REQUEST REVIEW. MEDIA MAIL, ACCORDING TO THE USPS WEBSITE, HAS A DELIVERY TIMEFRAME UP TO 8 BUSINESS DAYS. HOWEVER, THE EXACT TIMING OF DELIVERY CAN VARY BASED ON FACTORS SUCH AS DISTANCE, WEATHER CONDITIONS, AND PACKAGE VOLUME. INMATES SHOULD CONTACT THE US POSTAL SERVICE FOR MAIL BEING DELAYED.

| | | | | | |
|---|---|---|---|---|---|
| **Accepted:** | NO | **Date:** | 02/25/2025 08:45 | **Allow Appeal:** | Y |

**Reason:** I STILL HAVE NOT BEEN PROVIDED WITH THE PROPER MAILING ADDRESS TO CONTACT USPS ABOUT THIS ISSUE. FURTHERMORE, YOUR CLAIMS OIF "MAIL BEING PROCESSED IN A TIMELY MANNER", DO NOT CHANGE THE FACT THAT THE SHIPPING MANIFEST FOR MY BOOK, SAYS THAT IT ARRIVED AT WVDC ON 2-5-2025, BUT WAS NOT RECEIVED BY ME UNTIL 2-22-2025. YOU APPARENTLY HAVE NO FAMILIARITY WITH WHAT THE WORD EVIDENCE MEANS. I SUGGEST YOU READ A MARRIAM-WEBSTERS DICTIONARY, TO REMEDY YOUR LACK OF KNOWLEDGE ON THIS SUBJECT.

INMATE COPY

| | | | |
|---|---|---|---|
| **Investigated Date:** | 02/25/2025 | **Completed Date:** | 02/25/2025 10:37 |
| **Duplicate:** | NO | **Duplicate ID:** | |
| **Disposition:** | REJECT | | |

**Findings:** THIS APPEAL DOES NOT PROVIDE ANY ADDITIONAL INFORMATION FOR INVESTIGATION. PLEASE REFER TO THE ORIGINAL RESPONSE FROM STAFF MEMBERS.

**Actions:** GRIEVANCE REVIEW

**Accepted:** YES     **Date:** 02/25/2025 13:08     **Allow Appeal:** Y

**Reason:**

# San Bernardino County Sheriff's Department
## Grievance

| | | | | | |
|---|---|---|---|---|---|
| **Grievance ID:** | G342501-0097726 | **Booking #:** | 2205370332 | **Date:** | 01/20/2025 00:29 |
| **Name:** | BLASCZAK, DYLAN | | | **Location:** | 34 / 14F |
| **Category:** | CUSTODY / GBTI | | | **Incident Date:** | 01/15/2025 10:30 |
| **Location:** | 14F | | | | |

**Grievance:** DURING AN UNCONSTITUTIONAL SEARCH, A SIGNED LEGAL LETTER WAS TAKEN FROM ME. I AM AWARE OF THE FACT THAT MY SIGNATURE IS BEING FORGED ON LEGAL DOCUMENTS. THIS IS THE LATEST, IN MULTIPLE DOCUMENTED ATTEMPTS AT IDENTITY THEFT, IN WHICH WVDC EMPLOYEES ARE COMPLICIT. I WAS ALSO DENIED A CLOTHING EXCHANGE AFTER THIS INCIDENT OCCURRED. IDENTITY THEFT IS A REAL CHARGE. DEP.S SANDOVAL AND C. ROE WILL BE PROSECUTED TO THE FULLEST EXTENT OF THE LAW. THIS GRIEVANCE IS AN OFFICIAL RECORD.

| | | | |
|---|---|---|---|
| **Investigated Date:** | 02/24/2025 | **Completed Date:** | 02/24/2025 00:39 |
| **Duplicate:** | NO | **Duplicate ID:** | |
| **Disposition:** | REJECT | | |

**Findings:** THIS GRIEVANCE ALSO HAD MULTIPLE ISSUES WHICH IS NOT ALLOWED. WHATEVER ISSUE YOU WANT TO GRIEVE NEEDS TO BE SUBMITTED INDIVIDUALLY.

**Actions:** ADMINISTRATION REVIEW

| | | | | | |
|---|---|---|---|---|---|
| **Accepted:** | YES | **Date:** | 02/24/2025 06:25 | **Allow Appeal:** | Y |

**Reason:**

Dylan Blaszczak 14F-05
3305370332
9500 Etiwanda Ave.
Rancho Cucamonga, CA, 91739
West Valley Detention Center

LEGAL MAIL
CONFIDENTIAL

United States District Court
Central District of California
312 North Spring Street Room G-8
Los Angeles, CA, 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 27 2025
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

LEGAL MAIL
RETURN TO LIBRARY FOR PROCESSING